IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT TREVINO,** | 2:21-cv-01415-DAD-JDP |
| Plaintiff, | ~~**(PROPOSED)**~~ **ORDER** |
| v. | |
| **BURKE, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to December 23, 2022.

IT IS SO ORDERED.

Dated: September 22, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE