IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT TREVINO,** | Case No.  2:21-cv-01415-DAD-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **BURKE, et al.,** | |
| Defendants. | |

Defendants Burke and Jimenez have filed a Motion to Stay pending a ruling on Defendants' motion to revoke Plaintiff's *in forma pauperis* status.  Having considered all documents filed in connection with Defendants' Motion and good cause having been shown, Defendants' Motion is **GRANTED**.

The case will be stayed pending a ruling on Defendants' motion to revoke Plaintiff's *in forma pauperis* status.

IT IS SO ORDERED.

Dated:   January 30, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28