UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO,<br><br>        Plaintiff,<br><br>    v.<br><br>G. BURKE, *et al.*,<br><br>        Defendants. | Case No.  2:21-cv-01415-DJC-JDP (PC)<br><br>ORDER |

   Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On August 14, 2023, defendants moved to opt out of the court's alternative dispute resolution program.  ECF No. 46.

   Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 46, is granted, and the stay entered June 13, 2023, is lifted.

IT IS SO ORDERED.

Dated:    August 24, 2023                                    _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE