IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT TREVINO,**<br><br>Plaintiff,<br><br>v.<br><br>**BURKE, et al.,**<br><br>Defendants. | Case No. 2:21-cv-01415-DJC-JDP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND EXTEND THE DISPOSITIVE MOTION DEADLINE |

    Defendants moved for a sixty-day extension of time to file a motion for summary judgment. The current deadline is July 12, 2024. (ECF No. 49.) Good cause shown, the Court GRANTS Defendants' motion.

    The new dispositive motion deadline is September 10, 2024. The provisions of the Discovery and Scheduling Order remains unchanged in every other respect.

IT IS SO ORDERED.

Dated:   July 3, 2024                                                      _____
                                                                                  JEREMY D. PETERSON
                                                                                  UNITED STATES MAGISTRATE JUDGE