UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO, | Case No. 2:21-cv-1415-DC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| J. JIMENEZ, | |
| Defendant. | |

Plaintiff has filed another motion for extension of time to file objections to the April 17, 2025, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 105, is granted in part.

2. Plaintiff is granted until June 25, 2025 to file objections to the April 17, 2025 findings and recommendations.

3. Should plaintiff fail to file objections by June 25, 2025, the April 17, 2025 findings and recommendations will be submitted to the District Judge.

IT IS SO ORDERED.

Dated: June 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1