IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT TREVINO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**BURKE, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-01415-DC-JDP (PC)<br><br>[PROPOSED] ORDER |

　　Good cause appearing, Defendant Jimenez-Garcia's first request for an extension of time to file an opposition to Plaintiff's motion to reinstate this case is GRANTED.  Defendant shall file his opposition on or before December 18, 2025.

IT IS SO ORDERED.


Dated:　　December 16, 2025　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE